IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ZACHARY BARTON, *et al.*,

    Plaintiffs,

    v.

Case No. 2:17-cv-476
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

LANCASTER WINGS, INC., *et al.*,

    Defendants.

## ORDER

The parties report that they have reached a settlement in this case and intend to seek Court approval of the proposed settlement. (ECF No. 72.) The parties are **DIRECTED** to file a motion for preliminary approval of the terms of settlement, with supporting documentation, no later than **JUNE 22, 2018**.

    **IT IS SO ORDERED.**

Date: May 21, 2018

          /s/ *Elizabeth A. Preston Deavers*
      ELIZABETH A. PRESTON DEAVERS
      UNITED STATES MAGISTRATE JUDGE