IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Zachary Barton and Ethan Forness *Individually and on behalf of all others similarly situated* <br><br> Plaintiffs, <br><br> *v.* <br><br> Lancaster Wings, Inc., Lancaster Wings West LLC, Lancaster Wings West II LLC, Lancaster Wings West III LLC, and Larry Tipton <br> Defendants. | Case No. 2:2017-cv-00476-ALM-EPD <br><br> JUDGE ALGENON L. MARBLEY <br><br> MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS |

**PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT, APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND APPROVAL OF SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

For the reasons stated in their accompanying Memorandum of Law in support of this Motion, Plaintiffs request that the Court enter their Proposed Order, attached as Exhibit 4 to their Memorandum of Law, and:

(1) approve the parties' $1,550,000.00 settlement and all terms set forth in the Joint Stipulation of Settlement;

(2) approve distribution of the proposed Settlement Notice;

(3) approve service awards of $5,000.00 each to Plaintiffs Zachary Barton and Ethan Forness and approve service awards of $500.00 each to Opt-in Plaintiffs Christopher Cannon, Danielle Thorp, Kayla Whitcraft, Kristen Winchers, Mary Katherine Mullen, and Tyler Thorp;

1

(4) approve Plaintiffs' request for one-third of the settlement fund as attorneys' fees and reimbursement of $12,412.27 in costs and litigation expenses;

(5) approve the Settlement Administrator's fees and costs in the amount of $14,000.00 to Rust Consulting; and

(6) dismiss the case without prejudice; the dismissal will convert to a dismissal with prejudice without further action of the Court 210 days after the entry of the Court's Order approving the settlement.

Respectfully submitted,

/s/Douglas M. Werman
One of Plaintiffs' Counsel

Douglas M. Werman
WERMAN SALAS P.C.
dwerman@flsalaw.com
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

Michael L. Fradin, Esq.
LAW OFFICE OF MICHAEL L. FRADIN
mike@fradinlaw.com
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889