IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Zachary Barton and Ethan Forness *Individually and on behalf of all others similarly situated*<br><br>Plaintiffs,<br><br>*v.*<br><br>Lancaster Wings, Inc., Lancaster Wings West LLC, Lancaster Wings West II LLC, Lancaster Wings West III LLC, and Larry Tipton<br>Defendants. | Case No. 2:2017-cv-00476-ALM-EPD<br><br>JUDGE ALGENON L. MARBLEY<br><br>MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS |

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THEIR UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND APPROVAL OF SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS WITH THE ORDER IN *CARR V. BOB EVANS FARMS, INC*, CASE NO. 1:17-CV-1875 (N.D. OHIO)**

Plaintiffs, on behalf of themselves and other similarly-situated persons, move for leave to supplement their Unopposed Motion for Approval of Settlement, Appointment of Settlement Administrator, and Approval of Service Awards, and Attorneys' Fees and Costs (ECF No. 74) with the Order in *Carr v. Bob Evans Farms, Inc*, Case No. 1:17-Cv-1875 (N.D. Ohio). A supporting memorandum of law is filed contemporaneously herewith. A Proposed Order granting this Motion is attached as Exhibit A.

1

Respectfully submitted,

<u>/s/Douglas M. Werman</u>
One of Plaintiffs' Counsel

Douglas M. Werman
WERMAN SALAS P.C.
dwerman@flsalaw.com
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

Michael L. Fradin, Esq.
LAW OFFICE OF MICHAEL L. FRADIN
mike@fradinlaw.com
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889