**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| ZACHARY BARTON, *et al.*, : | |
| : | Case No. 2:17-CV-476 |
| **Plaintiffs,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Deavers |
| LANCASTER WINGS, INC., *et al.*, : | |
| : | |
| **Defendants.** : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the August 24, 2018 Order Approving Settlement, the Court **DISMISSED** this case **without Prejudice,** the dismissal without prejudice will convert to a dismissal with prejudice without further action of the Court 210 days after the entry of this Order on the docket.

**Date:  August 24, 2018**                                    Richard W. Nagel, Clerk


                                                          s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk